**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CIARA GRAHAM, | ) | |
| on behalf of themselves and all | ) | |
| those similarly-situated who consent | ) | |
| to representation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:22-cv-01732-AT |
| | ) | |
| CAPITAL ON DEMAND INC., | ) | |
| MARCUS TENNEY, and | ) | |
| REUNEKIEA WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

COME NOW the parties in the above-styled cause and move this Court to

enter the Consent Protective Order attached hereto and, as grounds for this motion,

state as follows:

1. The parties have initiated the exchange of information and documents

pursuant to the formal discovery process.  The parties will necessarily exchange

information and documents regarding confidential and sensitive matters including,

but not limited to, records regarding all parties' clients and financial records.

2. The parties desire to protect the confidentiality of the information

exchanged and, therefore, have agreed to the entry of the Agreed Consent Protective Order, attached hereto as Exhibit A.

3. The proposed orders are typical of the ones entered in other litigation matters in which the parties have been involved in the Northern District.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Court enter the attached, agreed upon Consent Protective Order.

Respectfully submitted this 27th day of October, 2022.

**LEE LAW FIRM, LLC**

*/s/Jaclyn Lee_____*
Jaclyn Lee
Georgia Bar No. 419196
695 Pylant Street NE, Ste 105
Atlanta, GA 30306
Telephone: (404) 301-8973
jackie@leelawga.com

**THE MIXON LAW FIRM**

*/s/Stephen Mixon_____*
J. Stephen Mixon
Georgia Bar No. 514050
1691 Phoenix Boulevard, Ste 150
Atlanta, GA 30349
(770) 955-0100
steve@mixon-law.com

*Counsel for Plaintiff Ciara Graham*

**THE EMPLOYMENT LAW SOLUTION**

*/s/ Halima Horton White_____*
Jamala S. McFadden
Georgia Bar. No. 490959
jmcfadden@theemploymentlawsolution.com
Halima Horton White
Georgia Bar No. 36788
The Employment Law Solution
800 Mt. Vernon Hwy, NE Suite 410
Atlanta, GA 30328
hwhite@theemploymentlawsolution.com
Telephone: (678) 424-1380
Facsimile: (404) 891-6840

*Counsel for Defendants Capital on Demand, Marcus Tenney, and Reunekiea Williams*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CIARA GRAHAM,<br>on behalf of themselves and all<br>those similarly-situated who consent<br>to representation,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ON DEMAND INC.,<br>MARCUS TENNEY, and<br>REUNEKIEA WILLIAMS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>1:22-cv-01732-AT |

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C) and 7.1(D).

This 27th day of October, 2022.

*/s/ Halima Horton White*
Halima Horton White
Georgia Bar No. 36788
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CIARA GRAHAM,<br>on behalf of themselves and all<br>those similarly-situated who consent<br>to representation, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION NO. |
| v. | )<br>) | 1:22-cv-01732-AT |
| CAPITAL ON DEMAND INC.,<br>MARCUS TENNEY, and<br>REUNEKIEA WILLIAMS, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2022, I caused the foregoing

Joint Motion for Entry of Protective Order to be electronically filed using the Court's

CM/ECF system, which will automatically send electronic notification of such filing

to all counsel of record.

/s/ Halima Horton White
Halima Horton White
Georgia Bar No. 36788
*Counsel for Defendants*

4