**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CIARA GRAHAM, individually and on behalf of all similarly situation persons,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>CAPITAL ON DEMAND INC., MARCUS TENNEY, and REUNEKIEA WILLIAMS,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:22-cv-1732-AT |

## DEFAULT JUDGMENT

　　The defendant(s) CAPITAL ON DEMAND INC., MARCUS TENNEY, and REUNEKIEA WILLIAMS, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Amy Totenberg, United States District Judge, by order of February 11, 2025, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

　　ORDERED AND ADJUDGED, that the plaintiff CIARA GRAHAM, individually and on behalf of all similarly situation persons, recover from the defendant(s) CAPITAL ON DEMAND INC., MARCUS TENNEY, and REUNEKIEA WILLIAMS, the amount of $17,379.20 in compensatory damages plus interest at the legal rate and counsel of record J. Stephen Mixon the amount of $15,615.00 in attorney's fees and counsel of record Jackie R. Lee the amount of $20,088.00 in attorney's fees.

　　Dated at Atlanta, Georgia this 11th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER CLERK
　　　　　　　　　　　　　　　　　　　　OF COURT

　　　　　　　　　　　　　　By:　　s/D. Burkhalter
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
February 11, 2025
Kevin P. Weimer Clerk
of Court

By:　　s/D. Burkhalter
　　　　Deputy Clerk